UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEE WHEE PARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK N.A.;<br>BANK OF NEW YORK, AND<br>DOES 1-50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 11-00015 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 23, 2011

　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge